IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Boards of Trustees of the Ohio Laborers' Fringe Benefit Programs, | : |
| Plaintiffs, | : |
| vs. | : Case No. 2:10-653 |
| Todd Alspaugh & Associates, Inc., et al. | : Judge Marbley |
| | : Magistrate Judge Abel |
| Defendants. | : |

**AGREED ORDER OF DISMISSAL**

Upon agreement of the parties, the within cause is hereby dismissed, with prejudice; providing however, that nothing in this order prohibits Plaintiffs from auditing periods after August, 2009 and enforcing any findings. Costs to be paid by Plaintiffs.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Agreed:

/s/ Steven L. Ball
_____
Steven L. Ball (0007186)
Ball & Tanoury
1010 Old Henderson Road – Suite 1
Columbus, Ohio 43220
614/447-8550
Trial Attorney for Plaintiffs

/s/ Roman Arce
_____
Roman Arce (0059887)
Marshall & Melhorn, LLC
Four SeaGate, Eighth Floor
Toledo, Ohio 43604
419/249-7100
Attorney for Defendants